JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY KINCY,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSIE GASTELO, et al..<br><br><br>        Defendants. | Case No. 2:20-cv-10159-RGK<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 7/29/2022

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE